AO 91 (Rev 11/11) Criminal Complaint (approved by AUSA LaBAR)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY WRIGHT<br>6342 W Girard Avenue, Philadelphia, PA 19150<br><br>*Defendant(s)* | Case No. 19-485-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 28, 2018, and May 18, 2018, in the county of Delaware and Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1951(a)(two counts) | Robbery interfering with interstate commerce. |
| Title 18, United States Code, Section 924(c)(1)(two counts) | Using, carrying, and brandishing a firearm during and in relation to a crime of violence |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Adam Cook, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3·25·19

*Judge's signature*

City and state: Philadelphia, PA

Timothy R. Rice, U S Magistrate Judge
*Printed name and title*

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Adam Cook, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia Division, and have been so since December 2017. I am currently assigned to the Violent Crimes Task Force (VCTF) which investigates violations of Federal law, to include robberies of banks, robberies of businesses that affect interstate commerce (also known as Hobbs Act robberies), kidnappings, and fugitives. Further, I have also received training and experience as a Police Officer with the FBI for approximately four years prior to my current position as a Special Agent.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging Anthony Wright, date of birth (DOB) April 5, 1991, with violations of Title 18, United States Code, Section 1951(a) (robbery which interferes with interstate commerce and conspiracy)(two counts) and Title 18, United States Code, Section 924(c) (use of a firearm in relation to a crime of violence)(two counts).

## **THE MARCH 28, 2018, ROBBERY OF SUNOCO A-PLUS MARKET**

3. On March 28, 2018, at approximately 7:39 p.m., an armed man wearing a skull mask robbed the Sunoco A-Plus market at 8203 West Chester Pike, Upper Darby, Pennsylvania. The event was captured on a security video tape. The robber entered the store, menaced store employee M.B. with a handgun, demanded money, and rifled the cash register. As the robber entered the store, he drew the pistol from his waistband, appeared to "rack the slide" on the handgun, that is, prepare it to fire, and pointed it at M.B. . In the course of looting the cash register, the robber lifted out the cash drawer with his left hand, took cash from it, and threw the drawer to the ground. The robber was not wearing gloves. Upper Darby Police detective

Christopher Karr responded to the robbery. During his investigation he recovered latent fingerprints from the discarded cash drawer. Detective Karr preserved the prints and submitted them to the Delaware County Criminal Investigations Division for further analysis.

4. On June 12, 2018, Philadelphia Police Detective Jarell Babb notified the Upper Darby Police that he was investigating a Philadelphia robbery carried out on May 18, 2018, by a man wearing identical clothing and disguise to that was used by the robber of the Sunoco A Plus Market, and that he had gathered evidence showing that the robbery was committed by the defendant, Anthony Wright. The Upper Darby detectives gave this information to Delaware County CID Detective David McDonald. McDonald obtained Wright's fingerprints from official records and compared them with the prints recovered from the Sunoco A Plus. The latent print recovered from the cash drawer matched Wright's left middle finger.

5. A check of Wright's cellphone call detail records showed that on March 28, 2018, Wright's phone used cell towers in the area of the Sunoco A-Plus approximately 20 minutes before (7:17 p.m. and 7:19 p.m.) the robbery of the establishment. One of the towers used at this time was approximately .44 miles from the Sunoco A-Plus.

## THE MAY 18, 2018, ROBBERY OF WALGREENS PHARMACY

6. On May 18, 2018, a robber wearing a skull mask confronted a cashier at the Walgreens Pharmacy at 300 North 63rd Street, Philadelphia, PA, with a handgun and demanded cash from him. The cashier was unable to open the cash register. The store's manager saw what was happening, came over, and opened the cash drawer. The robber appeared to be disappointed with the small amount of cash in the drawer and demanded more money. When the manager appeared to delay in surrendering more cash, the robber threatened "I'm going to count to five,"

at which time the manager went to the store safe and opened it, giving the robber access to additional cash. The robber took a total of approximately $ 675 and fled.

7. The robbery was captured on video, both inside and outside of Walgreens. The outside video showed the robber walking towards the store, and then fleeing in the direction from which he had come. Philadelphia Police Detective Jarell Babb traced the robber's path and found several video cameras along the way. He obtained footage from those cameras, which showed the robber parking a green Mustang sedan with a distinctive wear pattern in the hood paint and a white ticket on the windshield, walking towards the robbery, and then returning to the Mustang after the crime was completed. Babb and other investigators set about locating the green Mustang.

8. On June 8, 2018, Detective Babb found the car, in the lot of a local mechanic. Detective Babb interviewed the mechanic, who explained that he had bought the car on May 26, 2018, from a man named Anthony Wright, who had provided the mechanic with a copy of his driver's license as part of the transaction. The mechanic identified the defendant Anthony Wright's photograph (on the license) as the man from whom he bought the car.

9. Detective Babb obtained a search warrant for the Mustang, and from it recovered various items linked to Wright, including paystubs from an area restaurant and a priority mail envelope with Wright's address. Detectives later searched Wright's home, and recovered more paystubs from the same restaurant (it is now defunct.) Detective Babb passed along the information about Anthony Wright to the various police departments investigating robberies committed by the man in the skull mask. One of those was the robbery discussed above, and based on Babb's information, Anthony Wright was identified by a fingerprint in that case.

10. A check of Wright's cellphone call detail records showed that Wright's phone used a cell tower approximately .9 mile from Walgreens within minutes of the reported time of the robbery (7:54 pm, 7:55 p.m., 7:58p.m., and 7:59 p.m. on May 18, 2018.)

11. Your affiant has confirmed that Sunoco A-Plus and Walgreen's are both businesses engaged in and affecting commerce. Sunoco A-Plus is a seller of both fuel and sundry items, including food, beverages, pantry items, and assorted other products that are manufactured outside of the of Pennsylvania. Walgreen's is a seller of pharmacy products and sundry items, including foods, beverages, household goods, and assorted other products that are manufactured outside of Pennsylvania. Each of the robberies described in this affidavit caused substantial disruption and interference with the operations of the victim stores, as well as a loss of proceeds.

12. Because of the aforementioned facts, your affiant believes that there is probable cause to charge Anthony Wright with the robbery of Sunoco A-Plus Market on March 28, 2018 and the robbery of Walgreens Pharmacy on May 18, 2018 in violation of Title 18, United States Code, Section 1951(a) (robbery which interferes with interstate commerce) and Title 18, United States Code, Section 924(c) (use of a firearm in relation to a crime of violence).

ADAM COOK
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 25 day of March, 2019

HONORABLE TIMOTHY R. RICE
United States Magistrate Judge